No. 201. DETROIT *v.* WYANDOTTE TRANSPORTATION Co. October 14, 1935. Petition for writ of certiorari to

596

the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Adolph R. Jobson, Raymond J. Kelly,* and *John Atkinson* for petitioner. *Mr. Thomas H. Garry* for respondent.